1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANNETTE McKEE,                              No.  2:14-cv-1536-KJM-EFB PS

12            Plaintiff,

13        v.                                      ORDER

14    COLLEEN MYRATAKIS,

15            Defendant.

16

17         Plaintiff has filed a complaint to commence a civil action.  To proceed with a civil action

18   a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to

19   proceed in forma pauperis and submit the affidavit required by 28 U.S.C. § 1915(a).  Plaintiff has

20   neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

21         Accordingly, plaintiff has 30 days from the date of service of this order to submit either

22   the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

23   to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this

24   order will result in a recommendation that this action be dismissed.

25         So ordered.

26   Dated:  July 3, 2014.

27   _____
     EDMUND F. BRENNAN
28   UNITED STATES MAGISTRATE JUDGE